UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #:   3:16-cr-133                                                              Date:  June 5, 2018

United States of America      vs.      Robert M. Maughon

**PROCEEDINGS:  Change of Plea.** The parties were present for a jury trial. The parties submitted a proposed plea agreement and the Court proceeded with a change of plea. The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged. The parties address detention of the defendant pending sentencing. The defendant seeks to be released and the gov't defers to the discretion of the Court. The Court orders the defendant to be released pending the sentencing hearing.

THE HONORABLE PAMELA L. REEVES, UNITED STATES DISTRICT JUDGE PRESIDING

| Angela Archer | Rebekah Lockwood | Cindy Davidson/Bart Slabbekorn |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| Andrew Farmer/Travis McCarter | | Scott Queener |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

- ☐ No plea agreement filed
- ☒ Plea Agreement   filed on 6/5/18 in open court  to be entered      ☐ sealed     ☒ un/not sealed
- ☒ Defendant is arraigned and specifically advised of his/her rights pursuant to Rule 11 F.R.C.P.
- ☒ Defendant moves to change plea     ☒ granted     ☐ denied
- ☒ Defendant waives reading of the Indictment/Information    ☐ Indictment/Information read
- ☒ Defendant pleads guilty to  Count 13 of the Indictment
- ☒ Government moves to dismiss the remaining count(s) as to this defendant at sentencing.
- ☒ Referred for Presentence Investigative Report.
- ☒ DATE SET:   **Sentencing:**   October 2, 2018 at 10:00 a.m.
  **Before** the Honorable Pamela L. Reeves, United States District Judge

---

• Parties must adhere to Local Rules 83.9(c) & 83.9(k)

• If any witnesses are to be called at sentencing, parties must expressly file notice at least fourteen days prior to the sentencing date.

---

- ☒ Defendant to remain on bond
- ☐ Defendant remanded to custody of the U.S. Marshal

8:45 a.m.     to    9:20 a.m.